```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 43567
    ESPERANZA BELLO
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
        Debtor
    SSN XXX-XX-1623


----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/23/04 and confirmed on 02/10/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  10974.00 .

    4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
----------------------------------------------------------------------
MASS MUTUAL LIFE       CURRENT MORTG           .00            .00             .00
MASS MUTUAL LIFE       MORTGAGE ARRE       5330.54            .00         5330.54
FIFTH THIRD BANK       UNSECURED          NOT FILED           .00             .00
NCM TRUST              UNSECURED           1807.95            .00         1807.95
RESURGENT CAPITAL SERVIC UNSECURED          717.58            .00          717.58
        Summary of disbursements:
----------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED        OTHER          TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED  5330.54         .00       2525.53           .00        7856.07
PRINCIPAL PAID      5330.54         .00       2525.53           .00        7856.07
INTEREST PAID           .00         .00           .00           .00            .00
TOTAL PAID          5330.54         .00       2525.53           .00        7856.07
The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $    2700.00
and was paid $    400.00  direct and $   2300.00  through the plan.

The Trustee received $    382.22 .

Refunds to the Debtor totaled $    435.71 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 11/16/07                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 04 B 43567 ESPERANZA BELLO
```